IL

STERLING SAWYER )
Plaintiff )
)
)
v. )
JOHNSON JONES Snelling )
& Gilbert P.C., & Lillian Williams, )
Defendant )
& Michelle )

**COMPLAINT**

United States District Court
Northern District of Illinois

**RECEIVED**

NOV 08 2024 VJD

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SEE ATTAchment...

1:24-cv-11533
Judge LaShonda A. Hunt
Magistrate Judge Jeffrey Cole
RANDOM/CAT 2

COMPLAINT AGAINST:

JOHNSON JONES SNELLING & GILBERT P.C. →Registered Agent
325 N LA SALLE DR STE 350
CHICAGO, IL 60654
&
Lillian Williams, Michelle →Asst. Director of Operations
551 W. Elm St.
Chicago, IL. 60610  Leasing Agent

In October, about October 1st, 2024 I, Sterling Sawyer, applied for a studio apartment with the Holsten Real Estate Development Company at 551 W. Elm St. Chicago, IL. 60610. I spoke with Lillian Williams and Michelle. Both women asked me for my consent to reach out to a previous landlord at 4259 S. King drive Chicago, IL. I said no. I specifically said "I do not give you permission to contact them."
Despite my specific instructions not to contact them they did so anyway, and also contacted previous neighbors of mine at 4259 S. King Dr. Michelle, admitted she knows one of my neighbors at my old address, that also knows me. I did not give them permission to contact these third parties, nor did I give my consent for them to disclose any personal information to those third parties about me submitting an application for a apartment at 551 W. Elm St. I feel like my expectation of privacy was broken, and that Lillan Williams, and Michelle invaded my privacy, and disclosed personal information about me to third parties without my authorization. In addition, I feel like I was discriminated against because I am a male. The customer service during the application process was horrible, It was obvious they made the compliance process more difficult for me because I am a male, they used back and forth tactics to give me a hard time, by having me come back to their office again and again, blatantly and obviously lying about the documents I submitted, so I would have to come back again and again, just for them to inevitably deny me the apartment anyway. I would like disciplinary action taken against Lillian Williams and Michelle, and I will be seeking compensatory damages in the amount of $300,000 for one (1) count of discrimination based on my gender as a male. Second (2nd) count invasion of privacy. Third (3) count Disclosing personal information to third parties without my consent.

If you would like to settle these issues amicably I would be open for discussion.

Sterling Sawyer
312. 579-8418
Cheddashoecompany@gmail.com