[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**AMENDED COMPLAINT**

Sterling Sawyer

RECEIVED

NOV 08 2024 VSO

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 1:24-cv-11533
(To be supplied by the Clerk of this Court)

Johnson Jones
Snelling, & Gilbert P.C.,
Lillian Williams, &
Michelle

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Sterling Sawyer

B. List all aliases: N.A.

C. Prisoner identification number: N.A.

D. Place of present confinement: N.A.

E. Address: 7606 S. Hermitage Chicago, IL 60620

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Johnson Jones Snelling, & Gilbert P.C.
Title: Registered Agent
Place of Employment: 325 N. LaSalle Dr. Ste. 350 Chgo, IL. 60654

B. Defendant: Lillian Williams
Title: Asst. Director of Operations
Place of Employment: Holsten Real Estate 551 W. Elm st Chgo. IL. 60610

C. Defendant: Michelle
Title: Leasing Agent
Place of Employment: Holsten Real Estate 551 W. Elm St. Chgo, IL. 60610

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:24-cv-11533 Document #: 6 Filed: 11/08/24 Page 3 of 8 PageID #:11

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Sawyer vs. Columbia College #09C 6962

B. Approximate date of filing lawsuit: 2/14/2013

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Sterling Sawyer

D. List all defendants: Columbia College

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District, IL, Cook County

F. Name of judge to whom case was assigned: Don't Remember

G. Basic claim made: Discrimination/Gender (Male)

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Offered settlement, but did Not Accept

I. Approximate date of disposition: 2/14/2013

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

SEE ATTACHMENTS...

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS MUNICIPAL DEPARTMENT, FIRST DIVISION

STERLING SAWYER, )
      Plaintiff, )
  v. ) CASE #: 1:24-cv-1153
)
)
JOHNSON JONES SNELLING )
& GILBERT P.C. )
Lillian Williams, & Michelle )
      Defendants. )

## PLAINTIFF'S COMPLAINT

Now comes the Plaintiff's Complaint against Defendant's. Plaintiff states as follows:

In October, or about October 1st, 2024 I, Sterling Sawyer, applied for a studio apartment with the Holsten Real Estate Development Company at 551 W. Elm St. Chicago, IL. 60610. I spoke with Lillian Williams and Michelle. Both women asked me for my consent to reach out to a previous landlord at 4259 S. King drive Chicago, IL. I said no. I specifically said "I do not give you permission to contact them."

Despite my specific instructions not to contact them they did so anyway, and also contacted previous neighbors of mine at 4259 S. King Dr. Michelle, admitted she knows one of my neighbors at my old address, that also knows me. I did not give them permission to contact these third parties, nor did I give my consent for them to disclose any personal information to those third parties about me submitting an application for a apartment at 551 W. Elm St. I feel like my expectation of privacy was broken, and that Lillan Williams, and Michelle invaded my privacy, and disclosed personal information about me to third parties without my authorization. In addition, I feel like I was

discriminated against because I am a male. The customer service during the application process was horrible, It was obvious they made the compliance process more difficult for me because I am a male, they used back and forth tactics to give me a hard time, by having me come back to their office again and again, blatantly and obviously lying about the documents I submitted, so I would have to come back again and again to drop off the same document I'd already given them, just for them to inevitably deny me the apartment anyway.

I would like disciplinary action taken against Lillian Williams and Michelle. I am seeking compensatory damages in the amount of $300,000 for one (1) count discrimination based on my gender as a male. Second (2nd) count invasion of privacy. Third (3) count Disclosing personal information to third parties without my consent.

CASE #: 1:24-cv-1153

Case: 1:24-cv-11533 Document #: 6 Filed: 11/08/24 Page 7 of 8 PageID #:15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.  Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I would like disciplinary action taken against Lillian Williams, & Michelle, compensatory damages in the amount of $300,000

**VI.**  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __10__ day of __8__, 20__24__

_____
(Signature of plaintiff or plaintiffs)

Sterling Sawyer
(Print name)

(I.D. Number) Pro se

(Address) 7606 S. Hermitage Chgo. IL. 60620

6

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]