UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STERLING SAWYER ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 24 C 11533 |
| v. ) | |
| ) | Honorable LaShonda A. Hunt |
| ) | |
| JOHNSON, JONES, SNELLING & ) | |
| GILBERT, P.C., et al. ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANTS' JOINT INITIAL STATUS REPORT

Defense counsel sent a draft version of this report to plaintiff, who is acting *pro se*. The parties were not able to resolve differences so as to file a joint report by all parties on a timely basis. Accordingly, defendants are filing the report as set forth below.

I. **Nature of the Case**

    A.    Attorneys of record for each party, including the lead trial attorney.

**Plaintiff is *pro se*:**

    Sterling Sawyer
    7606 S. Hermitage
    Chicago, IL 60620
    (312) 579-8414
    Email: Cheddashoecompany@gmail.com

**Defendant Lilian Williams is represented by:**

    Bradley Edwin Faber (lead trial attorney)
    Litchfield Cavo LLP
    303 W. Madison, 4th Floor
    Chicago, IL 60606
    (312) 781-6677
    Email: faber@litchfieldcavo.com

**Defendant Johnson, Jones, Snelling & Gilbert P.C. is represented by:**

> Jeffrey B. Gilbert (lead trial attorney)
> Johnson Jones Snelling & Gilbert, P.C.
> 325 N. LaSalle Street, Suite 350
> Chicago IL 60654
> (773) 484-6695
> jgilbert@jjsgd.com

B. **The Nature of the Claims**

Mr. Sawyer alleges that, in the process of applying for an apartment, his privacy was invaded, and he was discriminated against because he is a male. There are no counterclaims or third-party claims.

C. **Major Legal and Factual Issues**

**Factual Issues:** Whether any defendant took any of the actions alleged by Mr. Sawyer.

Whether any of the defendants acted in any way that is actionable.

Whether Plaintiff has stated a set of facts that can be construed as satisfying the applicable pleading standard for any recognized legal claim against Defendant Lillian Williams in her individual capacity.

**Legal Issues:** Whether the court has federal subject matter jurisdiction.

Whether the Amended Complaint states any claims upon which relief can be granted.

Whether Mr. Sawyer has stated any actionable claim against Defendant Lillian Williams, individually.

Whether Mr. Sawyer was denied housing because of any unlawful discrimination

D. **Relief Sought**

Mr. Sawyer seeks disciplinary action against defendants Lilian Williams and Michelle, and compensatory damages in the amount of $300,000.

**II.     Federal Subject Matter Jurisdiction**

Mr. Sawyer alleges violation of the Fair Housing Act, 42 U.S.C. §§ 3601 *et seq.* Defendants contest jurisdiction.

**III.    Status of Service**

Defendants Johnson, Jones, Snelling & Gilbert P.C. and Lilian Williams have been served or waive service. To the best of these Defendants' knowledge, the Defendant identified in the Complaint as "Michelle" has not been served or waived service.

**IV.    Consent to Proceed before a Magistrate**

The parties have been advised that they may proceed before a magistrate if they unanimously agree. The parties do not consent to proceed before a magistrate.

**V.     Motions**

JJSG has moved to dismiss for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

Lilian Williams has recently become aware of this litigation, retained counsel who have now appeared, filed a Waiver of Service, and intends on filing a responsive pleading – likely a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), in due course and consistent with the Federal Rules of Civil Procedure.

**VI.    Case Plan**

    **A.     Discovery Plan**

        **1.     General Type of Discovery Needed**

Defendants anticipate that the case will be dismissed on motions. If further litigation is required, the parties anticipate written discovery in the form of production requests and interrogatories followed by party depositions.

    **2.**    **Date for Disclosures under Fed. R. Civ. P. 26(a)(1)**

The parties suggest that the date for disclosures under Fed. R. Civ. P. 26(a)(1) should be set after the Court has considered arguments for dismissal and for a date 15 days after appearing Defendants (or either of them (if any)) are required by this Court to Answer the Plaintiff's pleading.

    **3.**    **First Date to Issue Written Discovery**

The parties suggest that the date for disclosures under Fed. R. Civ. P. 26(a)(1) should be set after the Court has considered arguments for dismissal and for a date 21 days after appearing Defendants (or either of them (if any)) are required by this Court to Answer the Plaintiff's pleading.

    **4.**    **Deadline to Amend Pleadings and Join Parties**

The parties suggest that the deadline to amend pleadings and join parties should be March 30, 2025.

    **5.**    **Fact Discovery Completion Date**

The parties suggest that fact discovery should be completed by August 1, 2025.

    **6.**    **Expert Discovery Completion Date**

The parties do not expect to need expert discovery but, if they do, they suggest that expert discovery should be completed by October 1, 2025.

    **7.**    **Dispositive Motions**

Defendants anticipate filing dispositive motions if their motions to dismiss are denied.

**B.**    **Trial**

Plaintiff has requested a trial by jury. The parties anticipate that, if any trial is necessary, it would be a three-day trial.

4

**VII.    Settlement Discussions**

There have been no settlement discussions. The defendants do not believe that a settlement conference would be productive at this time, but will inform the Court if their beliefs on that matter change.

DATED:  January 2, 2025

By:    /s/_____        /s/ *Bradley E. Faber* (electronic signature)
         *Pro se*                                           One of the attorneys for Lilian Williams

       Sterling Sawyer                                  Bradley Edwin Faber
       7606 S. Hermitage                             Litchfield Cavo LLP
       Chicago, IL 60620                              303 W. Madison, 4th Floor
       (312) 579-8414                                   Chicago, IL 60606
       Cheddashoecompany@gmail.com         (312) 781-6677
                                                                     faber@litchfieldcavo.com

/s/   *Jeffrey B. Gilbert* (electronic signature)
One of the attorneys for JJSG

       Jeffrey B. Gilbert
       Johson Jones Snelling & Gilbert, P.C.
       325 N. LaSalle Street, Suite 350
       Chicago IL 60654
       Phone (773) 484-6695
       jgilbert@jjsgd.com